|   |   |
|---|---|
| 1 | |
| 2 | **KISSINGER N. SIBANDA Esq, Attorney at Law,** *Pro Se* |
|   | The Law Offices of Kissinger N. Sibanda Esq |
| 3 | PO Box 714. Livingston. NJ 07039 |
|   | Kissinger N. Sibanda, Atty. ID #1017426 |
| 4 | ksibanda@temple.edu |
|   | Telephone: 862-250-9684 |
| 5 | *Attorney for Plaintiff.* |

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|   |   |   |
|---|---|---|
| KISSINGER N. SIBANDA | ) | **Case No: 1:23-CV-05752-JMF** |
|   | ) | |
| *Plaintiff,* | ) | REQUEST TO STRIKE: |
|   | ) | |
| v. | ) | FIRST AMENDED COMPLAINT, ECF: 6. |
|   | ) | |
| DAVID ELISON, DAVID BENIOFF, BILLY RAY, DARREN LEMKE, SKYDANCE PRODUCTIONS, LLC, a California Limited Company; and GEMINI PICTURES, LLC, a California Limited Liability Company. | ) | Application GRANTED. The Clerk of Court is directed to strike ECF No. 6 and terminate ECF No. 8.<br><br>SO ORDERED.<br><br>July 11, 2023 |
| *Defendants.* | ) | |

- 1 -

COMPLAINT FOR COPYRIGHT INFRINGEMENT.

Hon. Judge Jesse Freeman:

This is a request from Plaintiff, Kissinger N. Sibanda, for the court to strike Docket No. 6 (<u>First amended complaint</u>) because complaint has not been operatively served pursuant to Rule Federal Rule of civil Procedure Rule <u>15 (1) (A)</u>. Plaintiff will upload and docket a new first amended complaint once the initial complaint is served pursuant to the aforementioned rule, which states:

(1) Amending as a Matter of Course. A party may amend its pleading **once as a matter of course** within:
(A) **21 days after serving it**, or
(B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier.

Plaintiff will upload the appropriate and procedurally accurate First Amended Complaint once the initial complaint is properly and legally served. My apologies for the oversight by my office.

Dated: 07/8/2023                                                                                       LIVINGSTON, NJ

By:  /s/Kissinger N. Sibanda

DR. KISSINGER N. SIBANDA ESQ
The Law Offices of Kissinger N. Sibanda
LL. B (Hons); LL.M (State / Trial); LL.M (Federal/ Trial)
Admitted: United States Supreme Court
Second Circuit
Mail to: PO Box. 714. Livingston. NJ 07039

COMPLAINT FOR COPYRIGHT INFRINGEMENT .

*Pro Se Plaintiff*

- 3 -

COMPLAINT FOR COPYRIGHT INFRINGEMENT.