UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
KISSINGER N SIBANDA, :
:
Plaintiff, : 23-CV-5752 (JMF)
:
-v- : ORDER
:
DAVID ELISON, et al., :
:
Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On September 25, 2023, Defendants filed motions to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure. Plaintiff's request to stay briefing on the motions to dismiss, *see* ECF No. 99, is DENIED. The fact that the sanctions motions and motions to dismiss may contain similar arguments cuts against, not in favor, of a stay.

Accordingly, it is hereby ORDERED that Plaintiff shall file any opposition to the motions — **in the form of a single, consolidated memorandum of law** — by **October 17, 2023**. Defendant's replies, if any, shall be filed by **October 24, 2023**.

SO ORDERED.

Dated: September 26, 2023
    New York, New York                    _____
                                          JESSE M. FURMAN
                                          United States District Judge