**KISSINGER N. SIBANDA Esq, Attorney at Law**
The Law Offices of Kissinger N. Sibanda Esq
PO Box 714. Livingston. NJ 07039
Kissinger N. Sibanda, Atty. ID #1017426
ksibanda@temple.edu
Telephone: 862-250-9684
*Attorney for Plaintiff.*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KISSINGER N. SIBANDA<br><br>*Plaintiff,*<br><br>v.<br><br>DAVID ELLISON, DAVID BENIOFF, BILLY RAY, DARREN LEMKE, SKYDANCE PRODUCTIONS, LLC, a California Limited Company; and GEMINI PICTURES, LLC, a California Limited Liability Company, ASHLEE LIN, FOSUN PICTURES INC.<br><br>*Defendants.* | Case No: 1:23-CV-05752-JMF<br><br><u>PLAINTIFF'S DECLARATION:</u><br><br>RESPONSE TO DEFENDANTS' MOTIONS TO DIMISS<br>(LIN and SKYDANCE Defendants). |

- 1 -

Plaintiff's Declaration:

Response to Defendants' Motion To Dismiss

Kissinger N. Sibanda Esq, an attorney duly admitted to practice in the District of Columbia, SDNY for this matter, and admitted to the United States Second Circuit, United States Supreme Court declares, pursuant to 28 U.S.C. §1746, under penalty of perjury, that the following is true and correct:

I am familiar with the facts stated in the complaint.

I submit this declaration in support of my response to against defendants' motions to dismiss this action.

I am familiar with Federal Procedure and the Rules of this Court, the Southern District of New York.

In addition, I hold a <u>double Masters</u> in <u>Trial Advocacy</u> for both State (Temple James Beasley School of Law), the number 1 ranked Program in Trial advocacy in the country, and Federal defense (California Western School of Law). I was the first in the United States to achieve this distinction of a double master's in trial advocacy from American Universities.

In 2011, I undertook the Federal Bar SDNY *Pro Bono* training.

I am competent and knowledgeable to appear in this matter.

Plaintiff attaches the following:

1. Exhibit: <u>1</u>: Sibanda Deposition, at 87-88.

2. Exhibits: <u>2</u>: Earlier work by plaintiff – "If God was a poet." New Arica Press, South Africa. 1996.

3. Exhibits: <u>3</u>. Earlier work by plaintiff – "The Songs of Soweto." Africa World Press. 2001.

4. Exhibit: <u>4:</u> Email from Ashlee Lin dated December 23, 2020, stating in part:

- 2 -

"I have also explained to you the **frivolousness of your contention that Gemini Man infringes your book**. I have read enough of the book to understand that." (Emphasis added.) *Id.*

5. Exhibit: 5:  Email from Ashlee Lin dated November 30, 2020, stating in part:

"I assure you that we have evaluated the merits of your alleged infringement claim **based on objective legal analysis**." *Id.* (Emphasis added.)

6. Exhibit: 6:   Copyright Registration for "The Return to Gibraltar."

7. Exhibit: 7: Copyright registration for "Gemini Man."

8. Exhibit: 8: News article, "From Dusty Qunu to Big Apple."

Respectfully submitted,

Dated: 10/16/2023                                                                              LIVINGSTON, NJ

By:  /s/Kissinger N. Sibanda

DR. KISSINGER N. SIBANDA ESQ
The Law Offices of Kissinger N. Sibanda
LL. B (Hons); LL.M (State / Trial); LL.M (Federal/ Trial), SJD.
Admitted: United States Supreme Court
Second Circuit
Mail to: PO Box. 714. Livingston. NJ 07039

*Plaintiff's Attorney*

- 3 -

Plaintiff's Declaration:

Response to Defendants' Motion To Dismiss