Ken Sibanda Esq <kissinger.sibanda@gmail.com>

# FOR SETTLEMENT PURPOSES ONLY

**Ashlee Lin** <alin@eisnerlaw.com>                                                         Mon, Nov 30, 2020 at 5:57 PM
To: Ken Sibanda <kissinger.sibanda@gmail.com>, Karen Wilkes <kwilkes@eisnerlaw.com>, Michael Eisner <Meisner@eisnerlaw.com>

Mr. Sibanda,

I assure you that we have evaluated the merits of your alleged infringement claim based on objective legal analysis. As I noted in prior correspondence, Skydance is not making a monetary offer to settle this case. As I also noted in my prior correspondence, if you decide you are willing to agree to a mutual release, with no payment to you, but a waiver of any fees and costs to which Skydance is entitled, please let me know and I will discuss it with our client.

Please note that we filed the attached notice of non-opposition today to let the court know we will not oppose your request to file a renewed motion to dismiss. However, we will oppose your renewed motion to dismiss once filed.

Best,
Ashlee



**EISNER, LLP**

Ashlee N. Lin

9601 Wilshire Blvd. | 7th Floor | Beverly Hills, CA 90210

T 310.855.3200 | F 310.855.3201

alin@eisnerlaw.com | www.eisnerlaw.com

[Quoted text hidden]

This e-mail, and any attachments hereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments hereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me at 310.855.3200 and permanently delete the original and any copy of any e-mail and any printout thereof.

---

📄 **201130 - [28] Notice of Non-Opposition.pdf**
29K