**KISSINGER N. SIBANDA Esq, Attorney at Law,** *Pro Se*
The Law Offices of Kissinger N. Sibanda Esq
PO Box 714. Livingston. NJ 07039
Kissinger N. Sibanda, Atty. ID #1017426
ksibanda@temple.edu
Telephone: 862-250-9684
*Attorney for Plaintiff.*

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KISSINGER N. SIBANDA<br><br>*Plaintiff,*<br><br>v.<br><br>DAVID ELISON, DAVID BENIOFF, BILLY RAY, DARREN LEMKE, ASHLEE LIN, SKYDANCE PRODUCTIONS, LLC, a California Limited Company; and GEMINI PICTURES, LLC, a California Limited Liability Company, FOSHUN PICTURES.<br><br>*Defendants.* | **Case No: 1:23-CV-05752-JMF**<br><br>PLAINTIFF'S REQUEST<br><br>TO SUBMIT OVERSIZED MEMORANDUM OF LAW IN OPPOSSITION |

- 1 -

Plaintiff's Request to Submit an Oversized Memorandum of Law: Dkt. No. 112.

Hon. Judge Jessie M. Furman,

<u>Plaintiff's Request To Submit Oversized Memorandum of Law In Opposition</u>

Plaintiff respectfully requests to submit an oversized memorandum of law (MOL), Dkt. No. <u>112</u>. The MOL exceeds the required pages by three pages and is 29 pages, instead of 26. The MOL has been already docketed for the court to consider before making a decision on the necessity of the additional pages. *Id*

Plaintiff has included all relevant issues and facts that necessitated the oversized nature of the memorandum of law. In addition, plaintiff did not want to compromise blue book form and citation.

Plaintiff thanks the court's attention to this matter.

Respectfully submitted,

Dated: 10/16/2023                                                                                                    LIVINGSTON, NJ

By: /s/Kissinger N. Sibanda

DR. KISSINGER N. SIBANDA ESQ
The Law Offices of Kissinger N. Sibanda
LL. B (Hons); LL.M (State / Trial); LL.M (Federal/ Trial), SJD.
Admitted: United States Supreme Court
Second Circuit
Mail to: PO Box. 714. Livingston. NJ 07039

Plaintiff's Request to Submit an Oversized Memorandum of Law: Dkt. No. <u>112</u>.