**KISSINGER N. SIBANDA Esq, Attorney at Law**
The Law Offices of Kissinger N. Sibanda Esq
PO Box 714. Livingston. NJ 07039
Kissinger N. Sibanda, Atty. ID #1017426
ksibanda@temple.edu
Telephone: 862-250-9684
*Attorney for Plaintiff.*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| KISSINGER N. SIBANDA<br><br>*Plaintiff,*<br><br>v.<br><br>DAVID ELLISON, DAVID BENIOFF, BILLY RAY, DARREN LEMKE, SKYDANCE PRODUCTIONS, LLC, a California Limited Company; and GEMINI PICTURES, LLC, a California Limited Liability Company, ASHLEE LIN, FOSUN PICTURES INC.<br><br>*Defendants.* | **Case No: 1:23-CV-05752-JMF**<br><br>LETTER:<br><br>Recalling Docket No. <u>128</u>. |

**LETTER:**

**Recalling Docket No. 128.**

- 1 -

Plaintiff's Letter:

:

Hon. Judge Furman,

Plaintiff would like to recall Docket, No. 128 because defendant Lin emailed plaintiff a response this morning regarding plaintiff's settlement offer and the wishes of her clients.

Plaintiff appreciates the court's attention to Docket. No. 128 irrespective of this outcome.

Respectfully submitted,

Dated: 11/27/2023                                                                                                          LIVINGSTON, NJ

By:  /s/Kissinger N. Sibanda

DR. KISSINGER N. SIBANDA ESQ
The Law Offices of Kissinger N. Sibanda
LL. B (Hons); LL.M (State / Trial); LL.M (Federal/ Trial), SJD.
Admitted: United States Supreme Court
Second Circuit
Mail to: PO Box. 714. Livingston. NJ 07039

*Plaintiff's Attorney*
*Pro Se*

- 2 -

Plaintiff's Letter: