# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

KISSINGER N. SIBANDA,

                          Plaintiff,                          23 **CIVIL** 5752 (JMF)

               -against-                            **<u>JUDGMENT</u>**

DAVID ELISON et al.,

                          Defendants.

-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 14, 2024, all of Defendants' motions are GRANTED. More specifically, Sibanda's First Amended Complaint is dismissed in its entirety (Count One without prejudice to filing a new action and Count Two with prejudice), and Sibanda is ordered to reimburse Defendants for their reasonable expenses, including attorney's fees, associated with their motions for Rule 11 Sanctions, ECF Nos. 73, 80. Defendants shall jointly submit a fee application, supported by contemporaneous billing records, no later than thirty days from this Opinion and Order; Sibanda shall file any opposition within two weeks of any such application. Absent leave of Court, Defendants may not file any reply. Judgment entered in favor of Defendants, and the case is closed.

    **Dated:**   New York, New York

       August 14, 2024

                                  **DANIEL ORTIZ**
                             **Acting Clerk of Court**

                       **BY:**

                              _____
                                 **Deputy Clerk**