## THE LAW OFFICE OF KISSINGER N. SIBANDA ESQ, PLLC
https://www.thelawofficesofkissingersibanda.com

| | |
|---|---|
| 1802 Vernon St NW PMB 558,<br>DC 20009 | PO Box 714  Livingston, NJ 07039<br>Tel: 862-250-9684<br>Email: ksibanda@temple.edu |



*Nemo me impune lacessit*

December 9, 2024

**Status of Plaintiff's Second Circuit Stay Judgment Request – Second Circuit**

Hon. Judge Jesse M. Furman,

This is to let the court know that plaintiff will docket his stay request with the Second Circuit, under Federal Rule of Civil Procedure Rule 62 (g) and will submit proof of such docketing by Friday, December 13th, 2024, to chambers if needed.

Plaintiff is busy with his December 13, 2024, due pleading on 1:24-cv-06310 (JMF) and other commitments.

Date: December 9th, 2024

_____
Kissinger N. Sibanda Esq (SJD)